08-23277.oa

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08-23277-CIV-MARTINEZ/BROWN

KEVIN BROWN et al,

    Plaintiff(s),

vs.

THE BRICKMAN GROUP LTD LLC,
and SCOTT BRICKMAN,

    Defendant(s).
_____/

## ORDER GRANTING MOTION TO COMPEL

**THIS MATTER** is before this Court on defendants' Motion to Compel Discovery Responses (D.E. 20), filed April 13, 2009. The Court has considered the motion, noted the lack of a response thereto and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to compel is **GRANTED.** Plaintiffs shall have ten (10) days from the date of this order to answer (not object to) the interrogatories and to produce (not object to) the documents sought.

2. Plaintiffs shall have five (5) days from the date of this order to show good cause, in

writing, why sanctions should not be imposed for the necessity of the filing of the motion to compel.

**DONE AND ORDERED** this 6th day of May, 2009, at Miami, Florida.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Honorable Jose E. Martinez
        Counsel of record